UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| SHELIA Y. CRUTHIRDS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND P. LACEY, BRANDI SWART,<br>KATHY J. SHEARER, SONDRA McMILLAN,<br>KAREN MILLER, CHILD YOUTH SCHOOL<br>SERVICES/DIRECTORATE FAMILY, MORALE,<br>WELFARE & RECREATION AND JOHN M.<br>McHUGH, Secretary, Department of The Army,<br>　　　　Defendants. | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:14-CV-260-BR** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated 5/22/2017, defendants' motion to dismiss, (DE #45) is GRANTED IN PART and DENIED IN PART. Plaintiff's claim for violation of the FMLA is DISMISSED. Plaintiff's claim for breach of contract remains.

**IT IS FURTHER ORDERERD** that the defendants' motion to dismiss, (DE # 56), is GRANTED. The Clerk is DIRECTED to enter judgment in favor of defendants and close this case.

**This Judgment Filed and Entered on August 30, 2017, and Copies to:**

Shelia Y. Cruthirds (via US Mail to 3509 Kennicot Road, Fayetteville, NC  28311)

Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)

DATE

August 30, 2017

PETER A. MOORE, JR., CLERK

_____

(By) Susan K. Edwards, Deputy Clerk